## STATE
### v.
### James RAWLINSON.
### No. 83–364–M.P.

Supreme Court of Rhode Island.

Nov. 17, 1983.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Paul J. DiMaio, Grilli, DiMaio & Berson, Providence, for defendant.

## ORDER

The state's motion to dismiss defendant's appeal as interlocutory is granted.

■

## STATE
### v.
### John SHEWCHUN.
### No. 83–547–M.P.

Supreme Court of Rhode Island.

Nov. 17, 1983.

Milton Stanzler, Abedon, Michaelson, Stanzler & Biener, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Charles M. Nystedt, Jr., Sp. Asst. Atty. Gen., for respondent.

## ORDER

The petition for writs of habeas corpus and certiorari is denied as moot.

■

## TOWN OF JOHNSTON
### v.
### Richard FERRUCCIO et al.
### No. 83–198–A.

Supreme Court of Rhode Island.

Nov. 17, 1983.

Girard R. Visconti, Providence, for plaintiff.

Malcolm Najarian, Cranston, for defendant.

## ORDER

The defendants' motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.